# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| OREN PROTER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MEDIFAST, INC., BRADLEY T. MACDONALD, MICHAEL S. MCDEVITT, MARGARET E. MACDONALD-HEETZ, and BRENDON N. CONNORS, <br><br> Defendants. | CASE NO.: 1:11-cv-00720-BEL |

**STIPULATION AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, APPROVING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND RESPONSES THERETO**

WHEREAS, on May 17, 2011, Robert Walkoski and Howard Pavony ("Movants"; "Movants' Motion"), Robert N. Grantham and Robert McGee ("Grantham Group"; "Grantham Group Motion") and Christopher Bell ("Bell"; "Bell Motion") filed motions to consolidate the two pending actions, appoint lead plaintiff, and approve their selection of lead counsel (Dkt. Nos. 11, 13, 14);

WHEREAS, on June 24, 2011, a notice of voluntary dismissal was filed in the other pending action alleging identical claims as this action, *Greenberg v. Medifast, Inc., et al.*, Case No. 1:11-cv-00776-BEL, and the case was dismissed on June 27, 2011 without prejudice, rending the parties' motions to consolidate moot;

WHEREAS, the Grantham Group and Bell have acknowledged that Movants are the "most adequate plaintiff" under the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii)(I) (Dkt. Nos. 19, 21), and do not oppose the Movants' appointment as lead plaintiff and their selected counsel as lead counsel and liaison counsel for the class;

**IT IS ACCORDINGLY STIPULATED**, by and between undersigned counsel for the Movants and Bell and the Grantham Group that:

1.      Movants' Motion shall be granted;

2.      The Grantham Group Motion and Bell Motion shall be rendered moot;

3.      Robert Walkoski and Howard Pavony shall be appointed lead plaintiff for the class;

4.      The law firm of Bernstein Liebhard LLP shall be appointed as lead counsel and Brower Piven, A Professional Corporation, as liaison counsel for the class.

**IT IS FURTHER STIPULATED**, by and between undersigned counsel for the Movants and Defendants that:

1.      Lead Plaintiff shall file an Amended Complaint no later than 60 days after the Court enters this Order.  The Amended Complaint will supersede all existing complaints previously filed, and

Defendants are not required to respond to any of the complaints previously filed prior to the Amended Complaint;

2.     The deadline for Defendants to move, answer or otherwise respond to the Amended Complaint shall be 60 days after the Amended Complaint is filed;

3.     In the event Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file their opposition to Defendants' motion no later than 60 days after such motion is filed; and

4.     In the event Defendants move to dismiss the Amended Complaint, Defendants shall file any reply to Lead Plaintiff's opposition to the motion to dismiss no later than 30 days after such opposition is filed.

DATED: July 6, 2011                     Respectfully submitted,

                                        **BROWER PIVEN**
                                         A Professional Corporation

                                        */s/ Yelena Trepetin*
                                        Charles Piven (Md. Fed. Bar No. 00967)
                                        Email: piven@browerpiven.com
                                        Yelena Trepetin (Md. Fed. Bar No. 28706)
                                        Email: trepetin@browerpiven.com
                                        1925 Old Valley Road
                                        Stevenson, Maryland  21153
                                        Telephone: 410-332-0030
                                        Facsimile: 410-685-1300

                                        *Liaison Counsel for Movants and Proposed*
                                        *Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Sandy A. Liebhard
Email: liebhard@bernlieb.com
U. Seth Ottensoser
Email: ottensoser@bernlieb.com
Joseph R. Seidman, Jr.
Email: seidman@bernlieb.com
10 E. 40th Street
New York, NY 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218

*Counsel for Movants and Proposed Lead Counsel
for Proposed Class*

**POMERANTZ HAUDEK
GROSSMAN & GROSS LLP**

*/s/ Jeremy A. Lieberman*
Marc I. Gross
Jeremy A. Lieberman (admitted *pro hac vice*)
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ HAUDEK
GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**TYDINGS & ROSENBERG LLP**
John B. Isbister, Federal Bar No. 00639
Daniel S. Katz, Federal Bar No. 01148
100 E. Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone: (410) 752-9700
Facsimile: (410) 752-5460

3

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenueof the Stars, Suite 311
Los Angeles, California, 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Robert N. Grantham*
*and Robert McGee*

**KRAMON & GRAHAM, P.A.**

/s/ Aron U. Raskas
James P. Ulwick, Federal Bar No. 00536
Aron U. Raskas, Federal Bar No. 04393
One South Street, Suite 2600
Baltimore, MD 21202-3201
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
Email: julwick@kg-law.com
Email: araskas@kg-law.com

**SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP**
James E. Miller
Patrick A. Klingman
Karen Leser-Grenon
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com
pklingman@sfmslaw.com
kleser@sfmslaw.com

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
Scott R. Shepherd
James C. Shah
35 East State St.
Media, PA 19063
(610) 891-9880
(610) 891-9883 (facsimile)
Email: sshepherd@sfmslaw.com
jshah@sfmslaw.com

*Attorneys for Movant Christopher Bell*

**SAUL EWING LLP**

*/s/ Charles Neilson Curlett, Jr*
Charles Neilson Curlett, Jr.
Charles O. Monk , II
Christopher S. Gunderson
Lockwood Place
500 E. Pratt Street
Baltimore, MD 21202
Tel: (410) 332-8600
Fax: (410) 332-8862
Email: cmonk@saul.com
Email: ccurlett@saul.com
Email: cgunderson@saul.com

*Attorneys for Defendants*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: ___July 19, 2011___     _____
THE HONORABLE BENSON EVERETT LEGG

5